IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GARY MONTGOMERY,   Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:20-cv-00406 ) Judge Trauger / Frensley |
| BETH GENTRY, et al.,   Defendants. | ) ) ) |

## ORDER

On August 17, 2021, the Magistrate Judge issued a Report and Recommendation (Doc No. 18), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendant Metropolitan Government of Nashville and Davidson County, Tennessee (Doc. No. 11) is GRANTED, and all claims against defendant Metropolitan Government of Nashville and Davidson County, Tennessee are DISMISSED WITH PREJUDICE.

This case is returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge