# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GARY MONTGOMERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:20-cv-406 |
| ) | Judge Trauger |
| BETH GENTRY, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 22, 2022, the Magistrate Judge issued a Report and Recommendation (Doc No. 24), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the *pro se* plaintiff's Emergency Motion for Injunctive Relief (Doc. No. 22) is DENIED. This case is returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge