IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY MONTGOMERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:20-cv-406 |
| ) | Judge Trauger |
| BETH GENTRY, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 3, 2023, the Magistrate Judge issued a Report and Recommendation (Doc No. 45), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Defendants' Motion for Summary Judgment (Doc. No. 28) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge